UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

GUILLERMO DE JESUS DIAS OSARIO,   :

    Petitioner   :

                                  CIVIL ACTION NO. 3:23-0989

    v.   :

                                  (JUDGE MANNION)

WARDEN BARRAZA,   :

    Respondent   :

## ORDER

In accordance with this Court's memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

1. The petition for writ of habeas corpus (Doc. 1) is **DENIED**.

2. The Clerk of Court is directed to **CLOSE THIS CASE**.

3. Petitioner's motion to expedite (Doc. 10) is **DISMISSED** as moot.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

Dated: November 1, 2023
23-0989-01-ORDER